# C. BRIAN JARRARD, L.L.C.

ATTORNEY AT LAW
4108 Arkwright Road, Suite 2
MACON, GEORGIA 31210

C. BRIAN JARRARD                                                                    TELEPHONE (478) 477-0004
brianjarrard@cox.net                                                                FACSIMILE (478) 477-0014

November 24, 2015

VIA CM/ECF ONLY
The Honorable Leslie J. Abrams
United States District Judge
Middle District of Georgia

      RE:    *Vice Media Canada Inc. et al. v. Virtue Marketing LLC et al.*
              United States District Court for the Middle District of Georgia
              Civil Action No. 5:15-cv-00201-LJA

Dear Judge Abrams:

      Mr. Silver and I, with the consent of our clients, have this morning agreed upon a resolution of the above matter.  We are working on the written settlement agreement at present and will file an appropriate Stipulation of Dismissal once that agreement is completed and fully executed.

      I write to inform Your Honor of this development and also to request that the current deadlines in the case be stayed in light of the settlement.  More particularly, Plaintiffs' reply with respect to the pending preliminary injunction motion is due on or before November 26, 2015, and Defendants have discovery responses due to Plaintiffs the week of December 7, 2015.  I trust this letter suffices to address these deadlines.  However, Mr. Silver and I will be happy to file a joint motion to stay the deadlines if that is how the Court wishes for us to proceed.

                                                      Sincerely,

                                                         */s/ C. Brian Jarrard*
                                                         C. BRIAN JARRARD
                                                         Attorney for Defendants

cc:     All counsel of record (via CM/ECF)
           Tylie Eaves (via e-mail)