IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| VICE MEDIA CANADA INC. and VICE MEDIA LLC, | : : : | |
| Plaintiffs, | : : | CASE NO.: 5:15-CV-201-LJA |
| v. | : : | |
| VIRTUE MARKETING LLC and TYLIE EAVES, | : : : | |
| Defendants. | : : | |

## **ORDER**

Before the Court is Plaintiffs Vice Media Canada Inc. and Vice Media LLC's Motion for Preliminary Injunction ("Motion"). (Dkt. No. 5.) Plaintiffs filed their Motion on June 4, 2015 (*id.*), and Defendants Virtue Marketing LLC and Tylie Eaves filed their opposition on July 29, 2015. (Dkt. No. 16.) The deadline for Plaintiffs' reply was November 26, 2015. To date, Plaintiffs have not filed a reply.

On November 24, 2015, counsel for the parties filed a letter stating that they had agreed upon a resolution of this action. (Dkt. No. 25.) The parties represented that they were "working on the written settlement agreement . . . and will file an appropriate Stipulation of Dismissal once that agreement is completed and fully executed." (*Id.*) Over two months have passed since that letter was filed. Since then, the parties have neither filed a stipulation of dismissal nor updated the Court about whether a settlement agreement has been completed and fully executed.

Accordingly, within seven (7) days of the date of this Order, the parties are to file either a stipulation of dismissal signed by all parties who have appeared or a joint letter updating the Court about the state of the case, including Plaintiffs' Motion and failure to file a reply. In the event the parties file a joint letter, the Court will schedule a status conference that lead counsel for Plaintiffs and Defendants will be ordered to appear in person.

**SO ORDERED**, this 2nd day of February, 2016.

                                                      /s/ Leslie J. Abrams
                                                      **LESLIE J. ABRAMS, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**